**FILED**

07/26/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0334



# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 24-0334

DERIK L. SEYMOUR,

    Plaintiff and Appellant,

v.

STATE OF MONTANA,

    Defendant and Appellee.

GRANT OF MOTION FOR
EXTENSION OF TIME

Motion for extension of time to file the Appellants Opening Brief in this matter is **GRANTED.** The Appellant is granted an extension until August 25, 2024, within which to prepare, file and serve the Appellant's Opening Brief.

DATED: July 26, 2024.

BOWEN GREENWOOD
Clerk of the Supreme Court